# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| vs. | ) Case No. 3:11-CR-00012 |
| | ) JUDGE WISEMAN |
| JERRY DINKINS | ) |
| DEFENDANT. | ) |

## ORDER ALLOWING DEFENDANT ACCESS TO IPOD FOR DISCOVERY REVIEW

Upon motion of the Defendant, the Court Orders that the Defendant shall be allowed to use an Apple Ipod or similar device for the purpose of reviewing the audio discovery in this case, subject to the guidelines established by the Warren County Jail for such a procedure. The Apple Ipod shall be provided to the Warren County Jail through the Defendant's counsel, John Nicoll.

Entered this the 39ÿ day of F gego dgt, 2011.

_____
Thomas Wiseman, Jr., District Judge