

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-cr-00012 |
| | ) | Judge Trauger |
| | ) | |
| DEDRIC SHINE | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, Dedric Shine requests that the court permit him to file under seal in the above-referenced case. In support of this motion, defendant would show the following: The "Administrative Practice and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order No. 167 at ¶ 5.07 requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case the document to be filed under seal contains sensitive and confidential information, and defense counsel therefore requests that this item be placed under seal.

*s/ William I. Shockley*
William I. Shockley (BPR #26137)
Attorney for Defendant
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205
Tel. 615-497-8550
Fax 615-730-9741

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic means through the CM/ECF filing system on the 25th day of February, 2012 to Sunny A.M. Koshy, Assistant United States Attorney, 110 Ninth Avenue S., Suite A961, Nashville, Tennessee 37203 and to all counsel of record.

*s/ William I. Shockley*