

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-cr-12 (17) |
| | ) | JUDGE WISEMAN |
| ROBERT L. LIGON, JR. (17) | ) | |

## MOTION FOR JOINDER

Defendant Robert L. Ligon, Jr. hereby moves this Honorable Court for leave to join DE 744 and DE 745. For grounds therefore, Counsel would state that Defendant Ligon is similarly situated with his co-defendants and the same facts and analysis applicable to Defendant Ligon apply equally to him as they do with the co-defendants identified in DE's 744 and 745.

Respectfully submitted,

/s/ R.N. "Bo" Taylor
R.N. "Bo" Taylor, BPR#13974
Attorney for Robert L. Ligon
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been served upon Sunny M. Koshy, Assistant United States Attorney, and all other defendants in this case by the Court's electronic filing system.
This the 30th day of April, 2012.

/s/ R.N. "Bo" Taylor
R.N. (BO) TAYLOR