8cW a Ybh ̈ ̧ , ( ) ̇]g ̇; F5BH98"



# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | NO. 3:11-CR-00012-6 |
| **v.** ) | |
| ) | **JUDGE WISEMAN** |
| **SHATIKA DIX** ) | |

## MOTION TO JOIN AND ADOPT

Defendant Shatika Dix, through counsel, and pursuant to the Federal Rules of Criminal Procedure, Local Criminal Rules of Court, and other applicable law respectfully moves this Honorable Court for leave to join and adopt her codefendants' motions to suppress and requests for relief as filed in Docket Entries 818, 822, 828, 833, and 835. In support, counsel would show that Shatika Dix is similarly situated with her codefendants, and certain relevant and material facts and analysis as stated within the aforementioned filings apply equally to Ms. Dix as to the co-defendants identified in Docket Entries 818, 822, 828, 833, and 835.

WHEREFORE PREMISES CONSIDERED, defendant moves this Honorable Court for an order granting her leave to join and to adopt the motions to suppress and the requests for relief identified above, as filed in Docket Entries 818, 822, 828, 833, and 835. Further, Defendant Shatika Dix moves to adopt the memoranda filed in support of the referenced motions. Finally, Defendant Shatika Dix objects to the admission or use of any other evidence against her that is determined by this Court to have been illegally obtained.