

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | Case No. 3:11-00012 |
| ) | Senior Judge Wiseman |
| **JOHNATHAN JOHNSON.** ) | |

**MOTION FOR LEAVE OF COURT TO JOIN ALL MOTIONS BY CO-DEFENDANTS**

Comes now the Defendant, Jonathan Johnson, by and through undersigned counsel, and moves this Court to allow Mr. Johnson to join in all Motions that are filed by co-defendants that are material to the case of Mr. Johnson. This request is made out of an abundance of caution in that it is anticipated that multiple defendants will file multiple motions that may also have a bearing on the case of Mr. Johnson, but that which counsel for Mr. Johnson failed to file or to specifically move to join.

Therefore, we would move the Court to allow Mr. Johnson to join all motions filed by co-defendants in this case.

Respectfully Submitted,

/s/ Barry R. Tidwell
Barry R. Tidwell, # 20544
218 W. Main Street
Murfreesboro, Tennessee 37130
(615) 893-1239

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing with the CM/ECF system or by regular US Mail, postage pre-paid, on this the 7th day of May, 2012, to all those who would normally be served in this case including Sunny A.M. Koshy, of the United States Attorneys Office.

/s/ Barry R. Tidwell