8cW a Ybh ̈ ̧ ,, $ ̇]g ̇; F5BH98"

*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | NO: 3:11-00012  #24 |
| | ) | SENIOR JUDGE WISEMAN |
| | ) | |
| **ANTHONY SHELTON** | ) | |

### MOTION FOR LEAVE TO JOIN AND ADOPT MOTIONS TO SUPPRESS EVIDENCE OBTINED FROM UNLAWFUL WIRETAPS

Comes the Defendant, Anthony Shelton, by and through undersigned counsel of record, and respectfully moves the Court for leave to adopt and join pretrial motions filed on behalf of other defendants to suppress evidence obtained from unlawful wiretaps.

In support of which it would be shown that the defendant Anthony Shelton is similarly situated and the facts, legal analysis and argument equally apply to him.

The defendant specifically moves to join and adopt:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1) (Docket Entry #744) and supporting Memorandum of Law in Support of Motion to Suppress Evidence Obtained pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11 (Docket Entry# 748).

2. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2) (Docket Entry #745) and supporting

Memorandum of Law in Support of Motion to Suppress Evidence Obtained pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11 (Docket Entry# 748).

3. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT3) (Docket Entry #777)

4. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1-1) (Docket Entry #800); Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap TT9, 10, and 11 (DE#818); Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap TT2 Renewal (DE#822); Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap TT 5 & 6(DE#828);

5. All motions, exhibits, attachments and supporting memorandums filed in support of the primary motions to suppress the unlawful wire taps including:
Docket Entry #s746, 747, 749, 750, 751, 752, 758, 759, 750, 774, 800, 815, 816 and 817 including Exhibits contained in Motions for Leave to File Under Seal Exhibits and Attachments to the Motions to Suppress the Unlawful Wiretaps.

Respectfully submitted,

S/ Michael D. Noel
_____
Michael Noel
Attorney for Anthony Shelton