# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
## At Nashville

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| PLAINTIFF | 3:11-00012 |
| | SENIOR JUDGE WISEMAN |
| V. | |
| **CHRIS YOUNG,** | |
| DEFENDANT | |

## DEFENDANT CHRIS YOUNG'S MOTION FOR
## LEAVE TO JOIN AND ADOPT CERTAIN PRETRIAL PLEADINGS

Comes Now, the Defendant, Chris Young, by and through his appointed counsel, Hallie H. McFadden, and respectfully moves this Honorable Court for leave to join and adopt certain pending pretrial pleadings filed by his co-defendants. Specifically Mr. Young requests that he be allowed to join and adopt the following:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT3) (Docket Entry 774).

2. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1-Renewal) (Docket Entry 800).

3. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2-Renewal) (Docket Entry 822).

4. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT5, TT6) (Docket Entry 828).

5. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2, TT3, TT4 -Renewals) (Docket Entry 833).

6. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT4) (Docket Entry 835).

7. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT7, TT8 and TT5-Renewal) (Docket Entry 875).and

8. All ancillary motions and exhibits filed in support of those pleadings including, but not limited to Docket Entries, 779, 781, 784, 786, 788-795, 824-827, 829-832, 834, 836-837, 840-844, 876, 878-879 and any subsequent filings.

In support hereof, Mr. Young states as follows:

As to the issues raised and the relief requested in the above-listed pleadings, Mr. Young is similarly situated to the co-defendants named in the respective pleadings.

**WHEREFORE** Mr. Young respectfully requests this Honorable Court grant this Motion and allow him to join and adopt the pretrial pleadings set forth above.

Respectfully submitted,

LAW OFFICES OF
HALLIE H. McFADDEN, P.C.

By: s/Hallie H. McFadden
Hallie H. McFadden, BPR #17185
Attorneys for Defendant
P.O. Box 546
Signal Mountain, TN 37402
TEL: (423) 362-1818