**Document #811 is GRANTED.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES FARLEY, JR | CASE No. 3:11-cr-00012 |

MOTION FOR LEAVE TO JOIN MOTIONS DE #744 AND DE #745 AND #748
FILED BY OTHER DEFENDANTS HEREIN

Through counsel Mr. Farley respectfully asks the court to permit him to join the motions filed in Docket Entries #744 (Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap) and #745 (Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap)and #748 (Memorandum of Law in Support of Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps) and all to the extent that the facts and the law may apply to him. Joinder is appropriate because it will contribute to judicial efficiency and will avoid duplicative motions and supporting documents in this case which is already classified as a mega case.

Respectfully submitted,

/s/ Joseph F. Edwards

Joseph F. Edwards
Attorney for Defendant
1957 Benson Road
Cookeville, TN 38506
931-537-9154
jedwardsjd@frontiernet.net

**Certificate of Service:** I certify that a copy of this document will be emailed automatically to all counsel of record upon the filing of this document with the court's electronic case management system today, May 7, 2012.

/s/ Joseph F. Edwards