; F5BH98žUbX˙8cW̊a Ybḧ˛,,(˙]g˙gḦ]W̱Yb"

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | NO: 3:11-00012 #24 |
| **vs.** | ) | SENIOR JUDGE WISEMAN |
| | ) | |
| | ) | |
| **ANTHONY SHELTON** | ) | |

**MOTION TO STRIKE DEFENDANT'S PREVIOUS MOTION
FOR LEAVE TO FILE UNDER SEAL [DE#884]**

 Comes the Defendant, Anthony Shelton, by and through counsel and respectfully moves the court to strike his previous Motion for Leave to File Under Seal [DE#884}.

          Respectfully submitted,


          s/ Michael Noel
          _____
          MICHAEL D. NOEL
          Attorney for
           Anthony Shelton

          5115 Maryland Way
          Brentwood, Tennessee 37027
          (615) 373-5597
          TSCRN: 2593