; F5BH98"



IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 3:11-00012 |
| | ) | Judge Nixon |
| DMITRI JOHNSON | ) | |

### SECOND MOTION TO JOIN SPECIFIC PRE-TRIAL MOTIONS

Comes now, Dmitri Johnson, by and through counsel, Cynthia Morrissey Fort, and would move this Honorable Court to allow the defendant to join in the following motions docketed as:

[748], [777], [800],[822],[828],[835],[838], [846], [851], [854], [855], [862], [863], [875], [[938], [941], [943].

Respectfully submitted,

s/Cynthia M. Fort
Cynthia M. Fort  #14420
111 Union Street
Nashville, Tennessee  37201
Phone: (615) 242-5453

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: the Honorable Sunny A.M. Koshy, Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203.

s/ Cynthia M. Fort