IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:11-cr-00012-1 |
| | ) | |
| ROBERT PORTER | ) | |

<u>MOTION TO JOIN CERTAIN MOTIONS FILED BY CO-DEFENDANTS</u>

Comes now the defendant, Robert Porter, by and through undersigned counsel, and moves this Court to allow the defendant to join in the following motions docketed as:

[777], [800], [818], [822], [828], [833], [835], [846], [851], [856], [860], [862], [863], [875], [886], [899], [900], [941], and [967]

Respectfully submitted,

/s/ Jim Todd
Jim Todd  #16320
Hagan & Todd, PLLC
218 Third Avenue North, Suite 200
Nashville, Tennessee  37201
Phone: (615) 628-9111

/s/ Paul J. Bruno
Paul J. Bruno #017275
Law Office of Paul J. Bruno
218 Third Avenue North, Suite 200
Nashville, Tennessee  37201
Phone: (615) 251-9500

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been transmitted via the Court's electronic filing system to the Honorable Sunny A.M. Koshy Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203, on this the 31st day of May, 2012.

/s/ Jim Todd
Jim Todd