8cW a Ybh ̦ - ) &`]g ̈ ; F5BH98"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | Case No. 3:11-CR-00012 |
| vs. ) | JUDGE WISEMAN |
| ) | |
| JERRY DINKINS ) | |
| ) | |
| DEFENDANT. ) | |

**MOTION TO JOIN CERTAIN MOTIONS FILED BY CO-DEFENDANTS**

Comes now the Defendant, Jerry Dinkins, by and through the undersigned counsel, and moves this Honorable Court for permission to join all motions to suppress the various wiretaps in the above referenced case (Document # 744, 745, 777, 800, 818, 822, 828, 835, 846, and 875) that have been filed by co-defendants. In addition, the Defendant also requests to join the following motions filed by co-defendants:

Doc. # 851- Parnell's Motion in Limine #1

Doc. # 854 Parnell's Motion for Early Disclosure of Jencks Act Materials

Doc. # 855 Parnell's Motion for Pretrial Written Notice of Impeaching Conduct

Doc. # 862 Johnson's Motion for Government Agents to Retain Rough Notes

Doc. # 863 Johnson's Motion to Reveal Statements the Government intends to use as Co-Conspirator Statements

Doc. # 941 Cross's Motion in Limine #2

For grounds, the Defendant would state that the factual assertions and legal arguments made in those motions by his co-defendants apply equally to him. As such, the granting of this motion provides for judicial economy.

1