; F5BH98"



# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V.                          ) | 3:11-CR-00012 (23) |
| ) | Judge Wiseman |
| XAVIER PARNELL,             ) | |
|     DEFENDANT.              ) | |

### MOTION TO JOIN CERTAIN MOTIONS FILED BY CO-DEFENDANTS

Comes now the defendant, Xavier Parnell, by and through undersigned counsel, and moves this Court to allow the defendant to join in the following motions docketed as:

744, 745, 777, 800, 818, 822, 828, 833, 835, 846, 875, 899;
851, 852, 854, 855, 856, 863, 941, 967.

Respectfully submitted,

s/ Hershell Koger
Hershell Koger Counsel for Defendant Xavier Parnell
P.O. Box 1148 Pulaski, TN 38478
(931) 424-0882 kogerlaw@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June 2012, a true and correct copy of the foregoing Motion to Join Certain Motions Filed by Co-Defendants was sent via the CM/ECF system to A.U.S.A Sunny Koshy, 110 9thAvenue South, Suite A-961, Nashville, Tennessee 37201.

s/ Hershell Koger
Hershell Koger