IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:11-cr-00012-18 |
| ) | SENIOR JUDGE WISEMAN |
| DONTRELL PITTMAN ) | |

## MOTION TO BE EXCUSED ATTENDANCE
## AT SUPPRESSION HEARING ON JULY 13, 2012

James W. Price, Jr., counsel for Defendant, Dontrell Pittman, respectfully moves the Court for an Order excusing his presence at Jonathan Johnson's evidentiary hearing set for 1:30 p.m. on July 13, 2012.

Counsel has a previously scheduled appearance in the Criminal Court for Knox County, Tennessee on this date which conflicts with this Court's evidentiary hearing. The Defendant, Dontrell Pittman, is not directly involved in the issues raised in this particular Motion to Suppress and any factual matter which may come out of the evidentiary hearing which may become relevant to the Defendant Pittman's defense can be obtained by review of the transcript of the hearing.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Defendant Pittman
Price, Hill & Kolarich
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
(615) 244-5772