# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | Case No. 3:11-00012 |
| ) | Senior Judge Wiseman |
| **JOHNATHAN JOHNSON.** ) | |

### MOTION OF DEFENDANT JONATHAN JOHNSON FOR SEVERANCE OF DEFENDANTS

Comes now Jonathan Johnson, by and through undersigned counsel and pursuant to Federal Rules of Criminal Procedure 8(b) and 14 and respectfully move the Court for an Order severing Mr. Johnson(20) from all of the other defendants who are charged in the indictment in this case. (Docket Entry 202).

Grounds for this Motion are more fully set forth in the accompanying Memorandum of Law file contemporaneous to this Motion.

Respectfully Submitted,

/s/ Barry R. Tidwell
Barry R. Tidwell, # 20544
218 W. Main Street
Murfreesboro, Tennessee 37130
(615) 893-1239

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing with the CM/ECF system or by regular US Mail, postage pre-paid, on this the 7th day of May, 2012, to all those who would normally be served in this case including Sunny A.M. Koshy, of the United States Attorneys Office.

/s/ Barry R. Tidwell
Barry R. Tidwell