IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaiimtiff, | ) | |
| | ) | 3:11-cr-00012-12 |
| v. | ) | . |
| | ) | |
| MICHAEL BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant Michael Brown's Motion for Reconsideration, Document #887. The Motion correctly asserts that the *Leon* exception does not apply to wiretap attacks. However, here the exception was applied to a search of residence.

Defendant's Motion to Reconsider Court's Denial of Motion to Suppress Evidence Obtained from Search of Michael Brown's Residence and Vehicles Located at His Residence, Document #887, is **DENIED**.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior United States District Judge