IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cr-00012-24 |
| | ) | |
| **ANTHONY SHELTON** | ) | Senior Judge Wiseman |

## ORDER

Before the Court is defendant Anthony Shelton's motion (ECF No. 882) to suppress the evidence obtained as a result of searches of residences at xxx-B Main Street and xxxx Mossrose Road in Clarksville, Tennessee, as well as evidence obtained as the result of an allegedly illegal arrest at xxx-B Main Street. The searches and arrest were made pursuant to search and arrest warrants issued by Magistrate Judge Cliff Knowles on December 9, 2011.

The defendant asserts that the search and arrest warrants were predicated entirely upon illegally obtained evidence in violation of 18 U.S.C. § 2516 *et seq.*, Authorization for Interception of Communications, and 18 U.S.C. § 2515, Prohibition of Use as Evidence of Intercepted Wire or Oral Communications. At the time the defendant's motion to suppress was filed, motions to suppress evidence obtained as a result of a number of cell phone wiretaps were pending. The defendant submits that "absent the factual basis of the Title III wire tap evidence there is no probable cause for the issuance of the search warrants and/or arrest warrant." (ECF No. 883, at 5.) He argues that if the motions to suppress the wiretap evidence are granted, then the fruits derived from his arrest warrant and the search warrants at issue here must also be suppressed as derived entirely from unlawfully obtained evidence under 18 U.S.C. § 2515.

After the present motion was filed, the Court denied all the motions to suppress the wiretap evidence on the grounds that the wiretaps were properly authorized. Because the wiretaps were properly authorized, and the defendant has not presented any other argument in support of his present motion to suppress, that motion (ECF No. 882) is hereby **DENIED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior United States District Judge