IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| | ) | 3:11-cr-00012 |
| v. | ) | . |
| ROBERT PORTER, et al. | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

The United States Attorney shall respond to the following motions on or before August 9, 2012.

Document #940, Motion in Limine by Quinice Cross and joined by Defendant Howard;

Document #941, Motion in Limine by Quinice Cross joined by Defendants Porter, Brown, Dinkins, Oliver, Xavier Parnell, Shine, Dimittri Johnson, Vance, and Joshua Dix;

Document #966, Motion for Bill of Particulars filed by Defendant Oliver.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior United States District Judge