Defendant Duncan's Motion to Renew is GRANTED. Defendant Duncan's Motion to Sever from the October 10, 2012 is DENIED.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:11-00012-14 |
| | ) | Senior Judge Wiseman |
| **DEMETRIUS DUNCAN** | ) | |

## MOTION TO RENEW

COMES NOW Defendant Demetrius Duncan, by and through his undersigned counsel, and pursuant to this Court's Order (Docket Entry 1065) and Rules 8(a), 8(b), 12(b)(3) and 14 of the Federal Rules of Criminal Procedure, hereby renews his previously filed Motion to Sever and Memorandum of Law (Docket Entries 859 & 961). As further support for severance, Defendant Duncan hereby incorporates and asserts the aversions within his Motion to Continue Trial (Docket Entry 1145) as if fully set forth verbatim herein.

**WHEREFORE**, Defendant Duncan respectfully requests that this Honorable Court grant this Motion.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Attorney for Defendant Demetrius Duncan*

1