; F5BH98 žUbX'h\ Y`>i bY`&) ž&$% `h]U`XUhY`Ug`hc`7cfbY`C`]j Yf`]g`F9G9H`hc`H\ 9G85Mž 5DF=@&' ž&$% "¨¨

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 3:11-cr-12 |
| ) | Senior Judge Wiseman |
| **CORNEL OLIVER** ) | |

## JOINT MOTION TO RESET TRIAL DATE

**COME NOW** the parties, by and through their respective undersigned counsel, and respectfully request that this Honorable Court enter an Order resetting the trial date in this matter from June 25, 2013 to April 23, 2013. The parties have consulted their respective calendars and jointly propose a trial date of April 23, 2013. The government estimates a trial length of three (3) weeks and takes the position that the defendants not participating in the first trial date should be set on this date as well. Because of defense counsel's newness in the case, defense counsel is unable to provide input about a projected trial length or counsel's ability to be ready on this proposed setting.

**WHEREFORE**, based on the foregoing, the parties respectfully request that the trial be reset from June 29, 2013 to April 23, 2013.

Respectfully submitted,

BY: s/ Kimberly S. Hodde  
KIMBERLY S. HODDE  
Attorney for Defendant Oliver  
HODDE & ASSOCIATES  
40 Music Square East  
Nashville, TN 37203

BY: s/ Sunny A.M. Koshy  
SUNNY A.M. KOSHY  
Assistant United States Attorney  
110 Ninth Avenue South  
Suite A961  
Nashville, TN 37203