IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | 3:11-cr-00012 |
| v. | ) | . |
| | ) | |
| ROBERT PORTER, et al. | ) | |
| | ) | |
|    Defendants. | ) | |

## **O R D E R**

Document #863, Johnson's Motion to Reveal Statements the Government Intends to Use As Co-Conspirator Statements and joined by Xavier Parnell, Dmitri Johnson, Porter, and Dinkins is **DENIED**. The evidentiary admissibility under Rule 801(d)(2)(E) of any statement is reserved for trial.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge