IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cr-00012 |
| ROBERT PORTER, et al. | ) |
| Defendants. | ) |

**O R D E R**

    I hereby recuse myself in this case as to Defendants Robert Porter (1), Brian Vance (3), Shatika Dix (6), Lamont Cotton (11), Demetrius Duncan (14), Jerry Dinkins (16), Cornel Oliver (21), Alto Parnell (22), James Farley, Jr. (25), and Chris Young (27) set for trial April 23, 2013 and Defendant Quinice Cross (10) severed and set for trial on July 18, 2013. The file is returned to the Clerk of Court for reassignment of those defendants to another judge.

    It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge