IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 3:11-cr-00012-28 |
| v. | ) |
| DMITRI JOHNSON, | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is a letter from Defendant Johnson, Document #1255, and the Government's response, Document #1268.

Defendant Johnson complains that he was not presented to a Magistrate Judge within 48 hours. He requests a hearing under *Gerstein v. Pugh*. Such a hearing is unnecessary and Mr. Johnson's complaint is denied. Defendant was presented to Magistrate Judge Knowles on the first work day after his arrest.

Furthermore, the circumstances of this take down of multiple defendants are extraordinary and justify any delay.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior United States District Judge