UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00012-14 |
| | ) | Judge Sharp |
| DEMETRIUS DUNCAN | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Comes now the United States and requests an extension of time to respond to defendant Demetrius Duncan's Motion to Change Location of Pretrial Confinement (R. 1287) filed on November 12, 2012. The undersigned just concluded a four-week trial in Judge Trauger's courtroom. In addition, the U.S. Marshals Service is attempting to obtain information regarding defendant's confinement and will forward it to the undersigned for review. The United States requests an extension until sometime during the week of November 26, 2012 in which to reply to defendant Duncan's motion.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

*s/ Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203