IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cr-00012 |
| ) | |
| ROBERT PORTER, et al. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

I hereby recuse myself in this case as to Defendants Donnie Patterson, (2); Travis Hodges, (7); Gregory Brooks (8); and Dmitri Johnson (28). The files as to these Defendants are returned to the Clerk of Court for reassignment of those defendants to Judge Sharp who has the remaining defendants in this case.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge