UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00012-14 |
| v. | ) | Judge Sharp |
| | ) | |
| DEMETRIUS DUNCAN | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Change Location of Pretrial Confinement (Docket No. 1287) to which the Government has responded (Docket No. 1308).

A hearing on the motion is hereby scheduled for Friday, January 11, 2013, at 3:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE