# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:11-00012-14 |
| v. ) | Judge Sharp |
| ) | |
| **DEMETRIUS DUNCAN** ) | |
| ) | |

## O R D E R

On January 25, 2013, the Court held a hearing on the pending Defendant's Motion to Change Location of Pretrial Confinement (Docket No. 1287) and Motion to Withdraw (Docket No. 1301).

At the hearing, Defendant withdrew his Motion to Withdraw, and the Clerk is instructed to term the pending motion.

For the reasons stated in open court, Defendant's Motion to Change location of Pretrial Confinement is hereby DENIED .

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE