UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00012-7 |
| v. | ) | Judge Sharp |
| | ) | |
| QUINICE CROSS | ) | |
| | ) | |

**O R D E R**

For the reasons stated in Court at the February 8, 2013 hearing, the Motion to Revoke Order of Detention or Reconsider (Docket No. 1285) is DENIED.

The Motion to Ascertain Status of Pending Motion (1319) is DENIED as moot.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE