UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:11-00012-3 |
| v. | ) | Judge Sharp |
| | ) | |
| BRIAN VANCE | ) | |
| | ) | |

**O R D E R**

Pending before the Court are a Motion to Set a Change of Plea Hearing (Docket No. 1382) and United States's Response to Defendant Vance's Motion to Set a Date for Entry of Guilty Plea (Docket No. 1383).

The motion is GRANTED and a hearing on a plea of guilty is set for Monday, April 15, 2013, at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE