UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:11-00012-14 |
| v. | ) | Judge Sharp |
| | ) | |
| DEMETRIUS DUNCAN | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set a Change of Plea Hearing (Docket No. 1393).

The motion is GRANTED and a change of plea hearing is hereby scheduled for Thursday, April 18, 2013, at 2:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE