UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-25 |
| v. ) | Judge Sharp |
| ) | |
| JAMES FARLEY, JR. ) | |
| ) | |

**O R D E R**

A change of plea hearing in this matter is hereby scheduled for Thursday, April 25, 2013, at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE