UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00012 |
| v. | ) | |
| | ) | JUDGE BROWN |
| BRIAN VANCE, ET AL. | ) | |

## MOTION TO FULLY UNSEAL CASE

Comes the United States, by and through by and through Sunny A.M. Koshy, Assistant United States Attorney and moves this Court to fully unseal the Indictment in the above matter as to all defendants. All defendants are in custody; therefore, the indictment may be fully unsealed.

Respectfully submitted,

DAVID A. RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant U. S. Attorney
110 9th Avenue, South – Suite A-961
Nashville, TN 37203-3870
Phone: 615/736-5151

IT IS ORDERED:

_____
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE
DATE: 4-25-2013