UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-14 |
| v. ) | Judge Sharp |
| ) | |
| DEMETRIUS DUNCAN ) | |
| ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Withdraw (Docket No. 1459) to which the Government has responded (Docket No. 1468).

The Government's request for a status conference is GRANTED, and a hearing on the motion to withdraw is hereby scheduled for Thursday, May 9, 2013, at 2:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE