UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-14 |
| v. ) | Judge Sharp |
| ) | |
| DEMETRIUS DUNCAN ) | |
| ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Withdraw as Attorney (Docket Entry No. 1459 ). For the reasons stated at the hearing on May 9, 2013, the motion is DENIED.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE