UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 3:11-00012-8 |
| v. | ) | Judge Sharp |
| | ) | |
| **GREGORY BROOKS** | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 1507) to which the Government does not oppose.

The motion is GRANTED and the sentencing set for May 17, 2013, is hereby rescheduled for Monday, October 28, 2013, at 11:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE