UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:11-00012-3 |
| v. | ) | Judge Sharp |
| | ) | |
| BRIAN VANCE | ) | |
| | ) | |

**O R D E R**

After Defendant Brian Vance filed a motion seeking dismissal of the Superceding Indictment in this case, he moved to strike that motion and, contemporaneously therewith, requested a change of plea hearing.

Based on these filings, Defendant's Motion to Strike Superceding Indictment (Docket No. 1515) is hereby GRANTED, and his Motion to Dismiss Superceding Indictment (Docket No. 1430) is hereby DENIED AS MOOT. Defendant's Motion to Set a Change of Plea Hearing (Docket No. 1517) is hereby GRANTED and a change of plea hearing is hereby set for Thursday, May 23, 2013, at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE