UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 3:11-00012-3 |
| **v.** | ) | Judge Sharp |
| | ) | |
| **BRIAN VANCE** | ) | |
| | ) | |

## **O R D E R**

Due to a calendar conflict, the plea hearing scheduled for Thursday, May 23, 2013, is hereby rescheduled for Friday, May 31, 2013, at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE