UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00012-7 |
| v. | ) | Judge Sharp |
| | ) | |
| QUINICE CROSS | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set Exhibit Conference (Docket No. 1592).

The motion is GRANTED and the conference is hereby scheduled for Thursday, June 27, 2013, at 3:00 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE