UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00012-25 |
| ) | Judge Sharp |
| [25] JAMES FARLEY, JR. ) | |
| a/k/a BABY JAMES ) | |

## JOINT MOTION TO ADVANCE SENTENCING DATE

At the plea hearing in this case, the Court decided not to grant the defendant's request for immediate sentencing but advised the parties that the Court may be willing to advance the sentencing date once the presentence report had been prepared and reviewed. The parties have now reviewed the presentence report for this defendant and are ready to proceed to sentencing. The parties have conferred and are available to conduct the sentencing hearing in this case, pursuant to the plea agreement, on the morning of Friday, July 19, 2013 if that date is convenient for the Court.

Therefore, the parties request the sentencing date be advanced as proposed.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee
s/ **Sunny A.M. Koshy**
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151