UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:11-00012 |
| **v.** ) | Judge Sharp |
| ) | |
| **SHATIKA DIX [6]** ) | |
| **DERRICK CAMPBELL [29]** ) | |

**O R D E R**

In accordance with the Order entered July 12, 2013 (Docket No. 1626), these defendants' motions for a continuance were granted. The jury trial is hereby rescheduled for October 8, 2013, at 9:00 a.m. in Courtroom A-826, United States Courthouse, 801 Broadway, Nashville, Tennessee.

Any motions to suppress shall be filed no later than forty-five days prior to the trial date, with responses due within ten days following the date the motion is filed. All other pretrial motions, including motions in limine and motions to continue, shall be filed no later than twenty days prior to the trial date, with responses due within seven days following the date the motion is filed. The parties are forewarned that pleadings filed after the deadlines set forth herein may not be considered by the Court.

All plea agreements shall be consummated by noon, Friday, October 4, 2013, and the Courtroom Deputy shall be so notified that same day. Any proposed plea agreement shall be submitted to the Court no later than Monday, October 7, 2013, or as otherwise scheduled by the Court. No plea agreement will be entertained unless it is in compliance with this Order.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE