UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00012 |
| | ) | Judge Sharp |
| QUINICE CROSS [10] | ) | |

# ORDER

Defendant Quinice Cross's "Motion to Permit Defendant to Participate In Exhibit Review" (Docket No. 1660), to which the Government has indicated it has no objection (Docket No. 1661) is hereby GRANTED, and Defendant Cross and his counsel may participate in the exhibit display on July 26, 2013.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE