# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-3 |
| v. ) | Judge Sharp |
| ) | |
| BRIAN VANCE ) | |
| ) | |

## O R D E R

The sentencing hearing scheduled for Monday, July 22, 2013, is hereby rescheduled for Friday, August 30, 2013 at 9:00 a.m. The Government shall file a response to the Objection to the Presentence Investigation Report (Docket No. 1630) and/or Sentencing Memorandum (Docket Nos. 1637 and 1639) by noon on Monday, August 19, 2013. If the Government does not intend to file a written response, a notice to the Court shall be filed so indicating.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUD