UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-27 |
| v. ) | Judge Sharp |
| ) | |
| CHRIS YOUNG ) | |
| ) | |

**O R D E R**

Pending before the Court is the Defendant's Motion to Continue Change of Plea Hearing Date (Docket No. 1669).

The motion is GRANTED and the plea hearing scheduled for July 24, 2013, is hereby rescheduled for Monday, August 5, 2013, at 9:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE