# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:11-00012 |
| ) | Judge Sharp |
| LAMONT COTTON [11] ) | |
| DEMETRIUS DUNCAN [12] ) | |
| ALTO PARNELL [22] ) | |
| CHRIS YOUNG [27] ) | |

## ORDER

The Government has filed a Motion to Reset Exhibit Conference, by which it seeks to move the exhibit conference scheduled to commence tomorrow morning at 9:00 a.m., to July 31, 2013. That requested rescheduling is DENIED.

The Order scheduling the exhibit conference was issued on July 12, 2013, almost two weeks ago, in anticipation of a trial that will go forward on August 6, 2013. The new date would occur the day before the final pretrial conference, and five days before the scheduled trial date. Further, this Court has set aside its courtroom on July 26, 2013, for purposes of the exhibit conference, and that courtroom will not be available on July 31, 2013. Moreover, consents for the Motion have only been received from counsel for those Defendants going to trial on August 6, 2013, but is conditioned on counsel for the other Defendants who have moved to participate in the exhibit conference being available on July 31, 2013.

The exhibit conference set for July 26, 2013, will go forward as scheduled and run from 9:00 a.m. to 3:00 p.m. For those counsel who are unavailable at that time due to prior trial commitments, the exhibit conference will resume at 5:30 p.m. and run until 8:30 p.m.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE