UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00012-10 |
| v. | ) | Judge Sharp |
| | ) | |
| QUINICE CROSS | ) | |
| | ) | |

**O R D E R**

A hearing on a change of plea in this matter is hereby scheduled for Monday, July 29, 2013, at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE